| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sargis, Ronald H. | 2. Court or Organization<br><br>Bkcy Court, Eastern District of California | 3. Date of Report<br><br>06/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court, ED California<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814 | 8. On the basis of the information contained in this Report and any<br>   modifications pertaining thereto, it is, in my opinion, in compliance<br>   with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee -- Trust #1 | Trust #1, ▨ |
| 2. Executor -- Estate #1 | Estate #1, ▨ |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | State of California, California Redistricting Commission |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank MasterCard | Credit Card -- Listed in Error on 2010 Report (under reporting limit) | |
| 2. | Bank of America Visa | Credit Card -- Listed in Error on 2010 Report (under reporting limit) | |
| 3. | Bank of the West | Rental Property #1, Sacaramento California | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Rental Property #1, Sacrarmento, California | D | Rent | M | W | | | | | |
| 2. | Rental Property #2, Sacramento, California | D | Rent | M | W | | | | | |
| 3. | Bank of America Demand Accounts | A | Interest | L | T | | | | | |
| 4. | Golden 1 Credit Union Demand Account | A | Interest | J | T | | | | | |
| 5. | Bank of the West Money Market Account | A | Interest | J | T | | | | | |
| 6. | Bank of America Accounts, Dependant | A | Interest | K | T | | | | | |
| 7. | Bank of America Accounts, Dependant | A | Interest | J | T | | | | | |
| 8. | State Farm Whole Life Insurance | A | Int./Div. | J | T | | | | | |
| 9. | MINERAL RIGHTS, Livingston, CA | | None | J | W | | | | | |
| 10. | Intentionally Blank Line | | | | | | | | | |
| 11. | Brokerage Account #1 | | | | | | | | | |
| 12. | COVIDIEN PLC COV | A | Dividend | J | T | | | | | |
| 13. | HOME DEPOT HD | A | Dividend | J | T | | | | | |
| 14. | THERMOGENSIS KOOL | | None | J | T | | | | | |
| 15. | MOTORS LIQ CO MTLQQ (GMAC) | | None | | | Closed | 12/31 | | | No Value, Loss Write Off |
| 16. | NOKIA NOK | A | Dividend | J | T | | | | | |
| 17. | STARBUCKS SBUX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SIRIUS XM SIRI | | None | J | T | | | | | |
| 19. TE CONNECTIVITY LTD (name change from TYCO ELECTRONICS) TEL | A | Dividend | J | T | | | | | |
| 20. TYCO INTERNAT TYC | A | Dividend | J | T | | | | | |
| 21. Intentionally Blank Line | | | | | | | | | |
| 22. Brokerage Account #2 | | | | | | | | | |
| 23. CASH ACCOUNT, GOLDMAN SACHS BANK USA | A | Interest | J | T | | | | | |
| 24. ORACLE ORCL | A | Dividend | L | T | | | | | |
| 25. ALLIANZ NFS SMALL CAP PCBX | A | Dividend | J | T | | | | | |
| 26. | A | Distribution | | | | | | | |
| 27. BLACKROCK LATIN AMER MDLTX | | None | | | Sold | 2/23 | K | C | |
| 28. DREYFUS CORE EQUITY DLTSX | A | Dividend | J | T | | | | | |
| 29. DREYFUS TECH GROWTH DTGBX | | None | K | T | | | | | |
| 30. FED EQUITY FDS, CAP APPRE CPABX | | None | J | T | | | | | |
| 31. AMENDED: FED MKT OPPORT FMAAX | A | Dividend | K | T | | | | | |
| 32. PIONEER CULLEN VALUE FUND CV FBX | A | Dividend | J | T | | | | | |
| 33. Intentionally Blank Line | | | | | | | | | |
| 34. Brokerage Account #3 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. HARTFORD CAP APPRC FD HCACX | A | Dividend | J | T | | | | | |
| 36. Intentionally Blank Line | | | | | | | | | |
| 37. Brokerage Account #4 Dependent | | | | | | | | | |
| 38. GROWTH FD AMER GFACX | A | Dividend | J | T | | | | | |
| 39. SECURITY EQUITY FUND SEVSX | A | Distribution | J | T | | | | | |
| 40. BLACKROCK GLOBAL ALLOCATION MCLOX | A | Dividend | J | T | | | | | |
| 41. Intentionally Blank Line | | | | | | | | | |
| 42. BROKERAGE ACCOUNT #5 Dependants | | | | | | | | | |
| 43. COSTCO | A | Dividend | J | T | | | | | |
| 44. STARBUCKS | A | Dividend | J | T | | | | | |
| 45. Intentionally Blank Line | | | | | | | | | |
| 46. BROKERAGE ACCOUNT #8 IRA Rollover | | | | | | | | | |
| 47. GENERAL MARKET CASH FUND, RW BAIRD | A | Dividend | K | T | | | | | |
| 48. DBX ETF TRUST MSCI EAFE CURRENCY HEDGED EQUITY FD | A | Dividend | J | T | Buy | 10/18 | J | | |
| 49. GLOBAL X FUNDS ASEAN 40 ETF | | None | J | T | Buy | 07/06 | J | | |
| 50. GLOBAL X FUNDS CHINA CONSUMER CHIQ | A | Dividend | J | T | Sold (part) | 4/13 | J | A | |
| 51. ISHARES MSCI ACWI EX US INDEX FD | A | Dividend | | | Buy | 03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/13 | J | A | |
| 53. ISHARES TR MSCI EMERGING MKTS EEM | A | Dividend | J | T | Sold (part) | 04/13 | J | A | |
| 54. ISHARES TR DOW JONES US ENERGY SECTOR | A | Dividend | J | T | Buy | 12/01 | J | | |
| 55. ISHARES TR S&P MIDCAP 400 INDX I JH | A | Dividend | J | T | Sold (part) | 04/13 | J | A | |
| 56. ISHARES TR S&P MIDCAP 400 INDEX F D | A | Dividend | | | Buy | 12/14 | J | | |
| 57. ISHARES TR S&P SMALLCAP 600 INDX FD | A | Dividend | K | T | Buy | 12/14 | J | | |
| 58. ISHARES MSCI CDA INDX | A | Dividend | J | T | Buy (add'l) | 04/01 | J | | |
| 59. | A | Distribution | | | Sold (part) | 04/13 | J | | |
| 60. | | | | | Sold (part) | 08/04 | J | A | |
| 61. ISHARES MSCI UNITED KINGDON INDX EWU | A | Dividend | J | T | Sold (part) | 04/01 | J | A | |
| 62. ISHARES TRUST JPMORGAN USD EMERGING MARKETS BOND FD | A | Dividend | | | Buy | 08/01 | J | | |
| 63. ISHARES IBOXX $ HIGH YIELD CORP BOND JYG | A | Dividend | J | T | Buy | 05/20/10 | J | | |
| 64. POWERSHARES ETF DIVIDEND ACHIEVERS PFM | A | Dividend | J | T | Sold (part) | 04/13 | J | A | |
| 65. POWERSHARES INTL DIVID ACHIEVERS PORT ETF | A | Dividend | | | Buy | 10/18 | J | | |
| 66. | | | | | Buy (add'l) | 11/07 | J | | |
| 67. | | | | | | | | | |
| 68. POWERSHARES ETF DWA TECHNICAL LEADERS PDP | A | Dividend | J | T | Buy (add'l) | 03/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/13 | J | A | |
| 70. POWERSHARES GLOBAL ETF FUND HIGH YIELD CORP BOND PHB | A | Dividend | J | T | Sold (part) | 01/04 | J | | |
| 71. | | | | | Sold (part) | 03/17 | J | A | |
| 72. | | | | | Sold (part) | 04/13 | J | A | |
| 73. | | | | | Buy (add'l) | 07/13 | J | | |
| 74. | | | | | Buy (add'l) | 08/17 | J | | |
| 75. POWERSHARES TRUST II S&P 500 LOW VOLATILITY | A | Dividend | | | Buy | 07/18 | J | | |
| 76. SECTOR SPDR SBI CONSUMER DISCRETIONARY XLY | A | Dividend | J | T | Buy (add'l) | 07/13 | J | | |
| 77. | | | | | Sold (part) | 04/13 | J | B | |
| 78. | | | | | Sold (part) | 08/25 | J | | |
| 79. SECTOR SPDR TR SHS BEN INT HEALTH CARE | A | Dividend | | | Buy | 09/30 | J | | |
| 80. SPDR BARCLAYS CAP HIGH YIELD BOND ETF JNK | A | Dividend | K | T | Buy (add'l) | 01/26 | J | | |
| 81. | | | | | Sold (part) | 02/25 | J | A | |
| 82. | | | | | Sold (part) | 04/13 | J | A | |
| 83. | | | | | Sold (part) | 08/05 | J | A | |
| 84. | | | | | Buy (add'l) | 09/13 | J | | |
| 85. SPDR SERIES DOW JONES REIT ETF | A | Distribution | | | Buy | 12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR MIDCAP 400 ETF SER 1 S&P DEP RCPT MDY | A | Dividend | | | Sold (part) | 04/13 | J | A | |
| 87. | | | | | Sold (part) | 08/09 | J | | |
| 88. VANGUARD INDUSTRIALS ETF VIS | A | Dividend | J | T | Sold (part) | 01/06 | J | A | |
| 89. | | | | | Sold (part) | 04/13 | J | A | |
| 90. | | | | | Sold (part) | 05/24 | J | A | |
| 91. | | | | | Buy (add'l) | 08/25 | J | | |
| 92. | | | | | Sold (part) | 12/14 | J | A | |
| 93. VANGUARD INFORMATION TECH ETF VGT | A | Dividend | J | T | Buy (add'l) | 02/08 | J | | |
| 94. | | | | | Sold (part) | 04/13 | J | | |
| 95. VANGUARD EMERGING MKTS ETF VWO | A | Dividend | J | T | Buy (add'l) | 03/02 | J | | |
| 96. | | | | | Buy (add'l) | 04/01 | J | | |
| 97. | | | | | Buy (add'l) | 06/22 | J | | |
| 98. | | | | | Sold (part) | 04/13 | J | | |
| 99. | | | | | Sold (part) | 11/23 | J | | |
| 100. VANGUARD ENERGY ETF VDE | A | Dividend | J | T | Buy (add'l) | 01/06 | J | | |
| 101. | A | Dividend | | | Sold (part) | 04/13 | J | A | |
| 102. | | | | | Buy (add'l) | 08/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. VANGUARD LARGE CAP ETF | A | Dividend | J | T | Buy | 10/06 | J | | |
| 104. WISDOMTREE TR EMERGING MARKETS SMALL CAP DIVIDEND | A | Dividend | | | Buy | 08/19 | J | | |
| 105. WISDOMTREE LRGCAP DIV ETF | A | Distribution | J | T | Buy | 05/24 | J | | |
| 106. | | | | | Sold (part) | 12/14 | J | | |
| 107. | | | | | Buy (add'l) | 09/14 | J | | |
| 108. All Interests Fully Divested in Year- Brokerage Account 8 | | | | | | | | | |
| 109. CURRENCY SHARES AUSTRALIAN FXA DOLLAR SHARES | A | Dividend | | | Sold | 02/16 | J | | |
| 110. CLAYMORE EXCHANGE TRADED FD WILSHIRE MICRO CAP WMCR | A | Dividend | | | Sold (part) | 04/13 | J | A | |
| 111. SPDR GOLD TRUST GLD | | None | | | Sold | 01/04 | J | A | |
| 112. FIRST TRUST NASDAQ ABA COMM BANK INDX QABA | A | Dividend | J | T | Sold (part) | 04/13 | J | | |
| 113. | | | | | Buy (add'l) | 01/19 | J | | |
| 114. FIRST TRUST DOW JONES SELECT MICRO CAP FDM | A | Dividend | | | Sold (part) | 4/13 | J | A | |
| 115. | | | | | Sold (part) | 07/06 | J | A | |
| 116. | | | | | Sold | 09/20 | J | A | |
| 117. ISHARES MSCI CHILE INVST MKT INDX ECH | A | Dividend | | | Sold | 01/10 | J | A | |
| 118. ISHARES MSCI SINGAPORE INDX EWS | A | Dividend | | | Sold (part) | 03/02 | J | A | |
| 119. | | | | | Sold | 04/01 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ISHARES ALL COUNTRY ASIA EX JAPAN INDX AAXJ | A | Dividend | | | Sold | 02/01 | J | A | |
| 121. ISHARES MSCI GERMANY ETF | A | Dividend | | | Buy | 05/20 | J | | |
| 122. | | | | | Buy (add'l) | 06/02 | J | | |
| 123. | | | | | Sold | 08/04 | J | | |
| 124. ISHARS KOREA ETF | A | Dividend | | | Buy | 04/01 | J | | |
| 125. | | | | | Sold (part) | 04/13 | J | | |
| 126. | | | | | Sold | 08/09 | J | | |
| 127. ISHARES TRUST TRANSPORTIONS A VG INDX IYT | | None | | | Sold | 4/13 | J | A | |
| 128. ISHARES BARCLAY INTER CR BOND FD CIU | A | Dividend | | | Sold (part) | 04/13 | J | A | |
| 129. | A | Distribution | | | Sold | 04/29 | J | A | |
| 130. ISHARES BARCLAYS 1-3 YR CREDIT BOND FD CSJ | A | Dividend | | | Sold (part) | 04/13 | J | A | |
| 131. | | | | | Sold | 04/29 | J | A | |
| 132. ISHARES TRUST BARCLAYS 20+ YR TREASURY BOND FD | A | Dividend | | | Buy | 9/13 | J | | |
| 133. | | | | | Buy (add'l) | 11/18 | J | | |
| 134. | | | | | Sold | 12/20 | J | A | |
| 135. ISHARS TR S&P 100 ETF | A | Dividend | | | Buy | 02/01 | K | | |
| 136. | | | | | Sold (part) | 4/13 | J | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 05/24 | J | | |
| 138. ISHARS S&P LATIN AMERICAN 40 INDEX ETF | A | Dividend | | | Buy | 03/02 | J | | |
| 139. | | | | | Sold (part) | 04/13 | J | A | |
| 140. | | | | | Sold | 07/18 | J | | |
| 141. POWERSHARES ETF DYNAMIC HEALTHCARE PTH | | None | | | Buy (add'l) | 02/18 | J | | |
| 142. POWERSHARES DYNAMIC INDLS ETF | A | Dividend | | | Buy | 02/18 | J | | |
| 143. POWERSHARES ETF DYNAMIC MEDIA PBS | A | Dividend | | | Sold (part) | 04/13 | J | A | |
| 144. POWERSHARES ETF DYNAMIC NET WORKING PXQ | A | Dividend | | | Sold | 03/22 | J | B | |
| 145. POWERSHARES ETF DYNAMIC PHARMACEUTICLS PJP | | None | | | Sold | 04/20 | J | A | |
| 146. POWERSHARES ETF DYNAMIC SOFTWARE PSJ | | None | | | Sold | 02/08 | J | B | |
| 147. | | | | | Sold | 07/13 | J | B | |
| 148. POWERSHARES ETF ZACKS MICRO CAPITAL PZI | A | Dividend | | | Sold (part) | 04/13 | J | A | |
| 149. | | | | | Sold | 08/25 | J | A | |
| 150. POWERSHARES ETF DYNAMIC OIL SERVICE PXJ | A | Dividend | | | Sold (part) | 04/26 | J | A | |
| 151. | | | | | Sold | 08/25 | J | A | |
| 152. POWERSHARES DB MULTI SECTOR OIL FUND DBO | | None | | | Sold | 02/01 | J | A | |
| 153. | | | | | Sold (part) | 04/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/26 | J | | |
| 155. | | | | | Buy (add'l) | 05/20 | J | | |
| 156. | | | | | Sold | 09/30 | J | | |
| 157. | | | | | Sold (part) | 04/13 | J | | |
| 158. | | | | | Sold | 08/25 | J | | |
| 159. POWERSHARES RAFI DEV US ETF | | None | | | Buy | 07/06 | J | | |
| 160. | | | | | Sold | 08/29 | J | B | |
| 161. POWERSHARES ETF RD TR II SENIOR LN PORT NYSE ARCA INC | A | Dividend | | | Buy | 03/03 | J | | |
| 162. | | | | | Sold | 04/13 | J | A | |
| 163. POWERSHARES DB US DOLLAR IN DEX TRUST BULLISH FD | | None | | | Buy | 9/13 | J | | |
| 164. | | | | | Sold | 10/18 | J | A | |
| 165. SECTOR SPDR SHS BEN INT MATERI ALS SLB | A | Dividend | | | Sold (part) | 04/13 | J | A | |
| 166. | | | | | Sold | 09/30 | J | | |
| 167. SECTOR SPDR SBI FINANCIAL | A | Dividend | | | Buy | 03/22 | J | | |
| 168. | | | | | Sold (part) | 04/13 | J | | |
| 169. | | | | | Sold | 12/14 | J | | |
| 170. SPDR INDEX S&P EMERGING MARKET S SM CAPITAL ETF EWX | A | Dividend | | | Sold (part) | 01/26 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 04/13 | J | A | |
| 172. | | | | | Sold | 07/18 | J | A | |
| 173. SPDR S&P BIOTECH ETF XBI | | None | | | Sold | 01/19 | J | A | |
| 174. SPDR KBW CAPITAL MARKETS ETF KCE | A | Dividend | | | Sold | 03/22 | J | A | |
| 175. SPDR KBW INSURANCE ETF KIE | A | Dividend | | | Sold (part) | 01/19 | J | A | |
| 176. | | | | | Sold | 03/22 | J | A | |
| 177. SPDE S&P 500 ETF TRUST UNIT SER 1 | A | Dividend | | | Buy | 01/19 | J | | |
| 178. | | | | | Sold (part) | 03/17 | J | A | |
| 179. | | | | | Sold (part) | 04/13 | J | A | |
| 180. | | | | | Buy (add'l) | 08/09 | J | | |
| 181. | | | | | Sold | 10/11 | K | A | |
| 182. SPDR BARCLAYS INTER TERM CORP BOND ETF ITR | A | Dividend | | | Sold (part) | 01/26 | J | | |
| 183. | | | | | Sold (part) | 04/13 | J | A | |
| 184. | A | Distribution | | | Sold | 04/29 | J | A | |
| 185. | | | | | | | | | |
| 186. VANGUARD TELCOM SERVICES ETF VOX | A | Dividend | J | T | Sold (part) | 01/19 | J | A | |
| 187. | | | | | Buy (add'l) | 08/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/15 | J | A | |
| 189. VANGUARD DIVIDEND APPRECIATION | A | Dividend | | | Buy | 05/24 | J | | |
| 190. | | | | | Sold (part) | 08/03 | J | | |
| 191. | | | | | Sold | 08/05 | J | | |
| 192. VANGUARD MSCI EAFE ETF | A | Dividend | | | Buy | 1/26 | J | | |
| 193. | | | | | Buy (add'l) | 06/22 | J | | |
| 194. | | | | | Sold (part) | 08/09 | J | | |
| 195. | | | | | Sold | 11/23 | J | | |
| 196. VANGUARD SMALL CAP ETF VB | A | Dividend | J | T | Buy (add'l) | 03/04 | J | | |
| 197. | | | | | Sold (part) | 04/13 | J | A | |
| 198. | | | | | Sold | 08/09 | J | | |
| 199. VANGUARD MSCI EURO ETF | | None | | | Buy | 10/11 | J | | |
| 200. | | | | | Sold (part) | 11/17 | J | | |
| 201. | | | | | Sold | 11/18 | J | | |
| 202. VANGUARD CONSUMER STAPLES ETF VDC | A | Dividend | | | Sold (part) | 01/06 | J | A | |
| 203. | | | | | Sold (part) | 04/13 | J | A | |
| 204. | | | | | Sold | 12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. VANGUARD EUROPE PACIFIC ETF VEA | A | Dividend | J | T | Buy | 01/27 | J | | |
| 206. VANGUARD SHORT TERM CORP BOND ETF VCSH | A | Dividend | | | Sold (part) | 01/04 | J | | |
| 207. | | | | | Buy (add'l) | 02/25 | J | | |
| 208. | | | | | Sold (part) | 03/04 | J | | |
| 209. | | | | | Sold (part) | 03/22 | J | A | |
| 210. | | | | | Sold (part) | 03/31 | J | | |
| 211. | | | | | Sold | 04/01 | J | | |
| 212. WISDOMTREE EMERGING CRNCY ERF | | None | | | Buy | 02/1 | J | | |
| 213. | | | | | Buy (add'l) | 03/31 | J | | |
| 214. | | | | | Sold (part) | 04/13 | J | A | |
| 215. | | | | | Buy (add'l) | 04/29 | J | | |
| 216. | | | | | Sold (part) | 0713 | J | | |
| 217. | | | | | Sold | 09/12 | J | | |
| 218. WISDOMTREE DREYFS COMMDTY ETF | | None | | | Buy | 01/04 | J | | |
| 219. | | | | | Sold (part) | 04/13 | J | A | |
| 220. | | | | | Buy (add'l) | 04/29 | J | | |
| 221. | | | | | Sold | 06/21 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. WISDOMTREE ASIA DEBT ETF | A | Dividend | | | Buy | 08/19 | J | | |
| 223. | | | | | Sold | 12/07 | J | | |
| 224. WISDOMTREE CHINESE YUAN ETF | | None | | | Buy | 06/21 | J | | |
| 225. | | | | | Sold (part) | 08/01 | J | | |
| 226. | | | | | Sold | 11/07 | J | A | |
| 227. WISDOMTREE JAP HDGD EQT ETF | | None | | | Buy | 02/08 | J | | |
| 228. | | | | | Buy (add'l) | 03/22 | J | | |
| 229. | | | | | Sold (part) | 04/13 | J | | |
| 230. | | | | | Sold (part) | 05/20 | J | | |
| 231. | | | | | Sold | 06/02 | J | | |
| 232. JPMORGAN CHASE ALERIAN MLP IND X ENT BASED ON WAP AMJ | A | Int./Div. | | | Sold (part) | 08/31 | J | A | |
| 233. | | | | | Sold | 06/22 | J | A | |
| 234. UBS AG JERSEY E TRACS LKD ALER IAN MLP INFRASTRUCTURE MLPI | A | Int./Div. | J | T | Sold (part) | 04/13 | J | A | |
| 235. | | | | | Sold | 06/22 | J | B | |
| 236. Intentionally Blank Line | | | | | | | | | |
| 237. Brokerage Account #9 IRA Rollover | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. CASH/MONEY MARKET -- RW Baird General MMKT Class A | A | Int./Div. | J | T | | | | | |
| 240. CAPITAL WORLD GWTH & INCOME FD CWGFX | A | Dividend | K | T | | | | | |
| 241. CALAMOS CONVERTIBLE FUND CICVX | A | Dividend | K | T | | | | | |
| 242. | A | Distribution | | | | | | | |
| 243. DAVIS NEW YORK VENTURE DNVYX | A | Dividend | L | T | | | | | |
| 244. | | | | | Buy (add'l) | 04/18 | J | | |
| 245. GROWTH FUND AMER GFAFX | A | Dividend | K | T | | | | | |
| 246. | | | | | Buy (add'l) | 04/18 | J | | |
| 247. HARRIS ASSOC INVT OAKMARK INTL FD OAKIX | A | Dividend | K | T | | | | | |
| 248. | | | | | Buy (add'l) | 04/18 | J | | |
| 249. HUSSMAN INVT GROWTH FD HSGFX | A | Dividend | K | T | | | | | |
| 250. | | | | | Buy (add'l) | 04/18 | J | | |
| 251. IVY FDS INC ASSET STRATEGY FD WASYX | A | Dividend | K | T | | | | | |
| 252. KEELEY FUNDS SMALL CAP VALUE KSCIX | | None | K | T | | | | | |
| 253. SECURITY EQUITY FD MID CAP VALUE SEVAX | A | Dividend | K | T | | | | | |
| 254. | A | Distribution | | | | | | | |
| 255. PERMANENT PORTFOLIO FD PRPFX | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | A | Distribution | | | | | | | |
| 257. VANGUARD INTER TERM BOND FUND | A | Dividend | K | T | Buy | 04/18 | K | | |
| 258. | A | Distribution | | | | | | | |
| 259. Intentionally Blank Line | | | | | | | | | |
| 260. Trust #1 | | | | | | | | | |
| 261. CALIFORNIA BANK & TRUST -- DEPOSIT ACCOUNTS | A | Interest | L | T | | | | | |
| 262. US GOVERNMENT BONDS | | None | M | T | | | | | |
| 263. METROPOLITAN LIFE INSURANCE PROCEEDS | | None | M | T | | | | | |
| 264. Intentionally Blank Line | | | | | | | | | |
| 265. Estate #1 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Brokerage Acct. #6, Line 52, and Brokerage Acct. #7, Line 230, are former retirement accounts which were liquidated to minimize owership of individual stocks, and the proceeds were rolled into Brokerage Accts. 8 and 9.

Part VII, Line 505 -- Estate #1. The probate estate for this ▇▇▇▇▇▇▇ has no assets, with everything being administered through Trust #1.

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 06/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544